PER CURIAM.
Affirmed. Oats v. State, 446 So.2d 90, 93 (Fla.1984); Johnson v. State, 393 So.2d 1069, 1071 (Fla.1980), cert. denied, 454 U.S. 882, 102 S.Ct. 364, 70 L.Ed.2d 191 (1981); State v. Abreau, 363 So.2d 1063, 1064 (Fla. 1978); Alvarez v. State, 358 So.2d 10, 12 (Fla.1978); Fields v. State, 379 So.2d 408, 409 (Fla.3d DCA 1980); White v. State, 324 So.2d 115, 115-16 (Fla.3d DCA 1975), cert. dismissed, 339 So.2d 1173 (Fla.1976); Fla. R.Crim.P. 3.390(d).